IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 FEB 27 PM 2: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DONALD JOE BARBER, suae potestate esse, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CV-04-H-0147-S |
| JEFFERSON COUNTY, a corporation; MIKE HALE, Jefferson County Sheriff; J. HALL, Deputy Sheriff for Jefferson County; DAVID BARBER, District Attorney for Jefferson County; and SHELDON WATKINS, Jefferson County Judge, | ) ) ) ) ) ) | |
| DEFENDANTS. | | |

ENTERED
FEB 27 2004

## MEMORANDUM OF DECISION

On January 27, 2004 the court entered an order indicating its intent to abstain from entertaining this action under <u>Younger v. Harris</u>, 401 U.S. 37 (1971) unless plaintiff showed cause in writing by February 20, 2004 why the <u>Younger</u> abstention doctrine does not apply. The court has before it first amended complaint, the second amended complaint, and the third amended complaint filed, respectively, February 5, 9 and 23, 2004 which are the only responses filed by plaintiff to the January 27, 2004 order. These responses confirm that the subject matter of the dispute is embraced in an ongoing prosecution of plaintiff presently pending in the Circuit Court of Jefferson County. The court hereby

11

abstains from entertaining jurisdiction over this action, and a separate order of dismissal will be entered.

DONE this __27ᵗʰ__ day of February, 2004.

_____
SENIOR UNITED STATES DISTRICT JUDGE